IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Anthony J. Gunter,          :

    Plaintiff,          :

  v.                        :          Case No. 2:17-cv-23

                              :          JUDGE MICHAEL H. WATSON
Jacob Rankin,                          Magistrate Judge Kemp

    Defendant.          :

ORDER

    The parties have filed a joint motion to stay this action pending a possible resolution.  The motion sets forth good cause for the stay and the motion (Doc. 11) is therefore granted.  This case is stayed until March 24, 2017.  In the event no resolution is reached, defendant shall respond to the Court's show cause order (Doc. 10) by March 31, 2017.

                                                  /s/ Terence P. Kemp
                                                  United States Magistrate Judge